UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LANCE TAYLOR,

    Plaintiff,

Case No. 1:19-cv-991

v.

Honorable Paul L. Maloney

SHANE JACKSON et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: January 14, 2020      /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge